**No. 40478.**—Protests 953439–G, etc., of Armour & Co. et al. (Los Angeles).

Opinion by Keefe, J. In accordance with stipulation of counsel it was held that an allowance should have been made for the weight of the covering of fuller's earth or of foil or paper or both in assessing duty on the cheese in question. *Kraft* v. *United States* (T. D. 47955) and *Locatelli* v. *United States* (T. D. 49302) followed.

**No. 40479.**—Protests 908826–G, etc., of John A. Alban & Co., Inc., et al. (New York).

Opinion by Keefe, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, JANUARY 20, 1939

**No. 40480.**—Protest 935268–G of M. Pressner & Co. (New York).

Opinion by Sullivan, J. Cylindrical tubelike articles of metal with noisemaking mechanism on the inside which by the weight of the evidence were found to be chiefly used by adults for amusement were held dutiable under paragraph 397 as claimed, the court saying it must constantly be kept in mind that the chief use of these articles establishes their classification. If they are toys their chief use must be for the amusement of children. The testimony in this case thoroughly established that the principal use of this merchandise is not for the amusement of children. Abstract 21989, *United States* v. *Strauss* (13 Ct. Cust. Appls. 167, T. D. 41025, and *Illfelder* v. *United States* (1 id. 109. T. D. 31115) cited.

BEFORE THE SECOND DIVISION, JANUARY 20, 1939

**No. 40481.**—Protests 657364–G, etc., of Rolland Frères, Inc. (New York).

Opinion by Tilson, J. It was stipulated that the merchandise consists of outerwear or other articles, knit, wholly or in chief value of wool the same as that involved in Abstract 36548. It was therefore held dutiable at 50 cents per pound and 50 percent ad valorem under paragraph 1114 as claimed.

**No. 40482.**—Protests 157788–G, etc., of Zendman & Goldsmith (New York).

Opinion by Tilson, J. The record established that certain items consist of galloons, flouncings, allovers, insertings, edgings, and trimmings composed of net and embroidered. The claim at 75 percent under paragraph 1430 was therefore sustained.